**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

**In Re:**

**ORDER**

**Annette L. Mitchell,**

**Debtor** **Case No. 23-31555 WJF**

---

This case came before the Court on July 25, 2024, for hearing on the Chapter 13 Trustee's motion for conversion or dismissal of the Debtor's Chapter 13 case. An order was entered on July 25, 2024, requiring the following:

In cure of current default in payment to the Trustee, the Debtors have agreed to make the following payments to the Trustee:

a. The debtors agree to resume regular monthly payments to the Trustee, commencing August 2024. The debtor will pay $300.00.

b. In addition, the Debtors agree to pay the Trustee an extra $150.00 beginning in September 2024 through February 2025.

1. If the Debtor fails to make any payment agreed to above in a timely manner, and if such default remains uncured after ten days written notice to the Debtors and counsel for the Debtors, the Trustee may obtain dismissal of this case on an *ex parte* expedited basis. To do so, the Trustee may file an affidavit attesting to the event(s) of default and a proposed order for dismissal. Upon filing of the affidavit, the Court may enter the proposed order without further notice or hearing.

The Chapter 13 Trustee did not receive the required payments from the Debtor creating a default under the order in the amount of $300.00 as of September 3, 2024. Notice of default was sent to Debtor and Debtor's counsel on September 3, 2024. Debtor did not cure the default within ten days of that notice. Based upon all the files and records, the Court makes this order pursuant to the Federal Rules of Bankruptcy Procedure,

**IT IS HEREBY ORDERED:**

1. This case is dismissed under 11 U.S.C. §1307.

Date: *October 18, 2024*

*/e/William J. Fisher*
William J. Fisher
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 23-31555-WJF

Annette Latrice Mitchell Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 18, 2024 | Form ID: pdf222 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Annette Latrice Mitchell, 985 Ivy Ave E Apt 506, Saint Paul, MN 55106-2098 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 18 2024 21:19:00 | Jefferson Capital System, LLC, PO Box 7999, St Cloud, MN 56302 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew C. Walker | on behalf of Debtor 1 Annette Latrice Mitchell curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell cmecfjzkmn@ch13mn.com |
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4